**91–1479.** Wayne Smith Constr. Co. v. Wolman, Duberstein & Thompson. *Franklin County,* No. 91AP–38. Reported at 65 Ohio St.3d 383, 604 N.E.2d 157. On motion for rehearing. Rehearing denied.

SWEENEY and DOUGLAS, JJ., dissent.

**91–1611.** Wyatt v. Wyatt. *Franklin County,* No. 90AP–1373. Reported at 65 Ohio St.3d 268, 602 N.E.2d 1166. On motion for rehearing. Rehearing denied.

SWEENEY, DOUGLAS and RESNICK, JJ., dissent.

**91–1639.** Rambaldo v. Accurate Die Casting. *Cuyahoga County,* No. 58588. Reported at 65 Ohio St.3d 281, 603 N.E.2d 975. On motion for rehearing. Rehearing denied.

SWEENEY, DOUGLAS and RESNICK, JJ., dissent.

**91–1640.** Rini v. East Cleveland. *Cuyahoga County,* No. 58589. Reported at 65 Ohio St.3d 281, 603 N.E.2d 975. On motion for rehearing. Rehearing denied.

SWEENEY, DOUGLAS and RESNICK, JJ., dissent.

**91–1748.** State v. Brown. *Stark County,* No. CA–8392. Reported at 65 Ohio St.3d 483, 605 N.E.2d 46. On motion for rehearing. Rehearing denied.

SWEENEY, WRIGHT and H. BROWN, JJ., dissent.

**91–2000.** Williams v. Aetna Finance Co. *Hamilton County,* No. C–900663. Reported at 65 Ohio St.3d 1203, 602 N.E.2d 246. On motion for rehearing. Rehearing denied.

HOLMES and WRIGHT, JJ., dissent.

RESNICK, J., not participating.

**91–2112.** In re Guardianship of Rudy. *Trumbull County,* Nos. 90–T–4398 and 90–T–4416. Reported at 65 Ohio St.3d 394, 604 N.E.2d 736. On motion for rehearing. Rehearing denied.